80 MAP 2015

**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 264 MAL 2015 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| | : | |
| ROBERT LEE DUVALL, | : | |
| | : | |
| Petitioner | : | |

**ORDER**

**PER CURIAM**

     **AND NOW**, this 27th day of October, 2015, the Petition for Allowance of Appeal is **GRANTED**.  The issue, as set forth by Petitioner, is as follows:

> Whether the lower court erred when it denied Duvall's motion to suppress as involuntary his confession during a non-custodial interrogation where (a) the trooper repeatedly — and admittedly — lied about DNA evidence and proof of penetration, (b) Duvall repeatedly denied having sex with [the victim], (c) the trooper told Duvall that a jury would not believe him, [and] (d) the confession did not fit the accusation beyond the act of sex?